In the United States District Court

for the __Central__ District of __California__

United States of America

v.

Ghaleb Alaumary

Criminal No. 2:20-00576

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Ghaleb Alaumary__, defendant, have been informed that a __Information__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __guilty__ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __Georgia__ in which I __am held__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 20/11/2020, 5:19 pm at Jail, Liberty county

(Defendant)

(Witness)

(Counsel for Defendant)

Approved

United States Attorney for the __Central__ District of __California__

United States Attorney for the __Southern__ District of __Georgia__

FORM USA-153
SEP 82