# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:20cr141 SEALED | **DATE:** 01/13/2021 |
| **UNITED STATES OF AMERICA** | **TIME:** 10:33 - 10:54 a.m. |
| v. | **LOCATION:** Savannah |
| **GHALEB ALAUMARY** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Lauren McDaniel | **Security:** |
| **Attorney(s) for Government:** Christopher Howard | |
| **Attorney(s) for Defendant:** Steven Frey (retained) | |

**PROCEEDINGS:** INITIAL APPEARANCE/ARRAIGNMENT

- [✓] Defendant advised of rights and the government's disclosure obligations
- [✓] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Defendant's pretrial motions due within __10__ days; Government response due 14 days thereafter.
- [✓] Government moves for detention:
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [✓] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [ ] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

This hearing was held by VTC with the expressed consent of the defendant following consultation with counsel.

A detention order was entered in this case following a detention hearing held in the Northern District of Georgia and is filed at (doc. 18) Rule 5(c)(3) documents and begins at page 15. The defendant was later granted bond in 4:20cr27 but unable to meet the conditions. A new Detention Order will be issued.