**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No: 4:20cr141 |
| ) | |
| ) | |
| GHALEB ALAUMARY, ) | |
| Defendant. ) | |

**CRIMINAL STATUS REPORT MAGISTRATE**
**JUDGE CHRISTOPHER L. RAY**

United States District Court – Southern District of Georgia
125 Bull Street
Savannah Ga, 31401

Molly Davenport, Courtroom Deputy
Office: (912-650-4035)
e-mail: molly_davenport@gas.uscourts.gov

I. Date of Status Report Conference: _____

II. Parties Attending

    a. Defendant

        i. Counsel: _____

        ii. Does defendant have any outstanding motions? If so, does defendant request a hearing on any of them? If necessary, list the additional motions on a separate page.

        _____
        _____
        _____
        _____

    b. For the Government:

        i. Counsel: _____

        ii.    Does the Government have any outstanding motions? If so, does the Government request a hearing on any of them? If necessary, list the additional motions on a separate page.

_____
_____
_____
_____

III.    Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with Judge Baker:

_____
_____
_____
_____
_____

IV.    Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time for further plea negotiations and how much time do the parties request?

_____
_____
_____
_____
_____