# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20cr141 |
| GHALEB ALAUMARY,<br>Defendant. | |

## ORDER

The Court held an Initial Appearance and Arraignment in this case on January 13, 2021. At that hearing, all parties agreed that because Defendant was being held in custody pursuant to a detention order in *U.S. v. Alaumary*, 4:19-cr-67 and his inability to post a bond in *U.S. v. Alaumary*, 4:20-cr-27 he would remain in custody on those charges unless and until there is a change in circumstances in those cases, even if this Court were to find that he qualified for pre-trial release in the instant case. Thus, the issue of pre-trial release was premature. No detention hearing was held. If the Defendant wishes to petition for bail/pre-trial release pursuant to 18 U.S.C. § 3142, he remains able to do so when and if the status of his liberty in the other cases pending in this district changes.

The Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant is to be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility is to deliver Defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

So ORDERED this 13th day of January 2021.

*/s/ Christopher L. Ray*
_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA