GAS 455 (Rev. 1/11) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT of GEORGIA

UNITED STATES OF AMERICA
v.

GHALEB ALAUMARY

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:20cr141

I, _____ Ghaleb Alaumary _____, the above named defendant, who is accused of

18 U.S.C. 1956(h) Conspiracy to Engage in Money Laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ January 13, 2021 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

\* Pursuant to the oral consent provided by the Defendant in open court, I am authorized to sign this waiver on his behalf.

_G Alaumary_ WEP
*Defendant*

_[signature]_
*Counsel for Defendant*

Before _Christopher L. Ray_
*Judicial Officer*