UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CASE NO: 4:20-CR-141** |
| **v.** | ) | |
| | ) | |
| **GHALEB ALAUMARY** | ) | |

### JOINT MOTION TO CONTINUE HEARING

The parties jointly move to continue the change of plea hearing scheduled for February 2, 2021. The United States was alerted by defense counsel of record that counsel has a personal medical-related matter requiring his presence, time, and attention outside the State of Georgia on the date of the scheduled hearing, and as a result, defense counsel will be unable to attend the hearing (even remotely) as scheduled. The United States understands the Court may have availability to proceed with this matter on February 16, 2021. Accordingly, the parties jointly move to continue the change of plea hearing until that date.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*

Chris Howard
Assistant United States Attorney
N.Y. Bar Number 4935938

*/s/ Steven Frey (with permission)*

Steven Frey
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

This is to certify that I have served via email the parties' Joint Motion to Continue Hearing and proposed order on counsel of record for this case contemporaneous with filing on this date.

Submitted this 1st day of February, 2021.

                BOBBY L. CHRISTINE
                UNITED STATES ATTORNEY

                /s/ Chris Howard
                Chris Howard
                Assistant United States Attorney
                N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2594
Facsimile: (912) 652-4388