# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHANGE OF PLEA IN  __US v. Ghaleb Alaumary__

CRIMINAL NO.  __420-141__  AT  __Savannah__

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT __GHALEB ALAUMARY__, HAVING

PREVIOUSLY ENTERED A PLEA OF __NOT GUILTY__,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF __GUILTY__ TO __COUNT ONE__

IN THE INFORMATION.

THIS _____ DAY OF _____, 2020.

NOLLE PROSSE AS

TO COUNT(S) _____

_/s/ Ghaleb Alaumary_
_____
Ghaleb Alaumary   DEFENDANT

_/s/ Steven Frey_
_____
COUNSEL FOR DEFENDANT
Steven Frey