**SENTENCING MINUTES**  
**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF GEORGIA**  
**SAVANNAH DIVISION**

**JUDGE:** R. STAN BAKER  
**DATE:** 09-08-2021

**CRIMINAL CASE NO. CR 4:20-cr-27, 4:20-cr-141**  
**UNITED STATES OF AMERICA VS. Ghaleb Alaumary**

COURTROOM DEPUTY: Pam Hammock  
COURT REPORTER: Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**  
Christopher Howard, AUSA

**ATTORNEY(S) FOR THE DEFENDANT:**  
Steven Frey, retained; and Steven Berne, retained

U.S. PROBATION OFFICER: Sarah Railling for Scot Riggs

DEFENDANT SENTENCED ON COUNT(S): One (1) of the Information (4:20cr27 & 4:20cr141)

- [X] Presentence Report Reviewed In Full
- [ ] Objections to Factual Basis
- [ ] Objections To Guidelines Calculations
- [ ] Probation Officer Testifies
- [ ] Changes Ordered in Factual Basis/Calculations
- [X] No Changes Ordered
- [X] Findings Of The Court
- [ ] Factual Witnesses Testify
- [X] Statements Of Counsel
- [X] Statements By Defendant
- [X] Sentence Pronounced

Custody: 140 Months B.O.P.  
Probation: ____  
Supervised Release: 3 Years  
Special Conditions: as Ordered by the Court  
Fine $ none  
Restitution $ 30,703,946.56 (*payment schedule)  
Special Assessment $ 200.00  
To Be Paid: immediately  
Community Service: ____  
Facility Recommended: - drug treatment, close to NY or NJ  
Defendant Remanded To The USM: - Y  
Voluntary Surrender: ____  
To USM [X]   To Facility [ ]  
Nolle Prosse Count(s): - 1 of Indictment, 4:19-cr-67  
Plea Agreement Accepted and Ratified: - Y  
Departure From Guidelines: - Y  
Upward: ____   Downward: - Y  
Time: 3:30 to 4:50   Total: 1:20

**OTHER DIRECTIVES OF THE COURT**

- [ ] Attach Statement of Reasons to the Judgment
- [ ] Transcribe Statement of Reasons
- [X] Appeal Rights of Defendant Explained
- [ ] Appellate Disclosure Forms Provided
- [X] Notice of Counsel's Post-Conviction Obligations Provided

U.S. Deputy Marshal: Scripture  
Court Security Officer: Cooper